**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MAINE

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Blue Ox Realty LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-2386524** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**41 Capital Ave.**<br>**Lisbon Falls, ME 04252**<br>Number, Street, City, State & ZIP Code<br><br>**Androscoggin**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Blue Ox Realty LLC** Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2372**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Blue Ox Malthouse LLC** Relationship **Affiliate**

District **Maine** When ____________ Case number, if known ____________

Debtor **Blue Ox Realty LLC** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Blue Ox Realty LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 31, 2026**
MM / DD / YYYY

***X*** **/s/ Joel Alex**
Signature of authorized representative of debtor

**Joel Alex**
Printed name

Title **Manager**

---

**18. Signature of attorney**

***X*** **/s/ David C. Johnson**
Signature of attorney for debtor

Date **August 31, 2026**
MM / DD / YYYY

**David C. Johnson 9447**
Printed name

**Marcus Clegg**
Firm name

**16 Middle Street Unit 501A**
**Portland, ME 04101**
Number, Street, City, State & ZIP Code

Contact phone **(207) 828-8000** Email address **bankruptcy@marcusclegg.com**

**9447 ME**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Blue Ox Realty LLC**

United States Bankruptcy Court for the: DISTRICT OF MAINE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 31, 2026**

*X* **/s/ Joel Alex**
Signature of individual signing on behalf of debtor

**Joel Alex**
Printed name

**Manager**
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Ox Realty LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MAINE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Androscoggin Bank**<br>**PO Box 1407**<br>**Lewiston, ME 04243** | | **Personal Guaranty (504 loan)** | | | | **$1,151,000.00** |
| **Coastal Enterprises, Inc.**<br>**30 Federal Street, Suite 100**<br><br>**Brunswick, ME 04011** | | **41 Capital AvenueLisbon Falls, Maine 04252** | | **$725,085.65** | **$1,700,000.00** | **$725,085.65** |
| **Walden Mutual Bank**<br>**66 North Main Street**<br>**Concord, NH 03301** | | **41 Capital AvenueLisbon Falls, Maine 04252** | | **$2,531,381.15** | **$1,700,000.00** | **$831,381.15** |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maine

In re **Blue Ox Realty LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Blue Ox Malthouse, LLC**<br>**41 Capital Ave.**<br>**Lisbon Falls, ME 04252** | **Class A** | **82.930** | **Membership Interest** |
| **Coastal Enterprises, Inc.**<br>**Attn: Chandler Jones**<br>**30 Federal Street, Suite 100**<br>**Brunswick, ME 04011** | **Class B** | **6.150** | **Membership Interest** |
| **Lawry Family 2012 Trust**<br>**c/o Seth Landry**<br>**184 Cliff Road**<br>**Wellesley Hills, MA 02481** | **Class B** | **3.925** | **Membership Interest** |
| **Seth W. Lawry 1999 Trust**<br>**c/o Seth Lawry**<br>**184 Cliff Road**<br>**Wellesley Hills, MA 02481** | **Class B** | **3.925** | **Membership Interest** |
| **Stephen Culver**<br>**116 Two Lights Road**<br>**Cape Elizabeth, ME 04107** | **Class B** | **3.070** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 31, 2026**

Signature **/s/ Joel Alex**
**Joel Alex**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maine

In re **Blue Ox Realty LLC** Case No. ______
Debtor(s) Chapter **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of **2** pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date: **August 31, 2026**

**/s/ David C. Johnson**
Signature of Attorney
**David C. Johnson 9447**
**Marcus Clegg**
**16 Middle Street Unit 501A**
**Portland, ME 04101**
**(207) 828-8000 Fax:**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Androscoggin Bank
PO Box 1407
Lewiston, ME 04243

Androscoggin County Tax Collector
2 Turner Street, Unit 1
Auburn, ME 04210

Blue Ox Malthouse, LLC
41 Capital Ave.
Lisbon Falls, ME 04252

Coastal Enterprises, Inc.
30 Federal Street, Suite 100
Brunswick, ME 04011

Eaton Peabody
PO Box 15235
Portland, ME 04112

Granite State Economic Development Corp.
PO Box 1491
Portsmouth, NH 03802

Guidehouse, LLP
c/o Computershare Trust Company, NA
Corporate Trust Services-SBA 504 Program
Columbia, MD 21045

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Joel Alex
41 Capital Ave.
Lisbon Falls, ME 04252

Maine Revenue Services
Compliance Division
PO Box 9101
Augusta, ME 04332

Town of Lisbon Tax Collector
300 Lisbon Street
Lisbon, ME 04250

US Attorney's Office
District of Maine
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

US Small Business Administration
Maine District Office
68 Sewall Street, Room 512
Augusta, ME 04330

US Small Business Administration
c/o GSEDC
PO Box 1491
Portsmouth, NH 03802

Walden Mutual Bank
66 North Main Street
Concord, NH 03301

# United States Bankruptcy Court
## District of Maine

In re **Blue Ox Realty LLC** Debtor(s)

Case No. ______
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blue Ox Realty LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blue Ox Malthouse, LLC**
**41 Capital Ave.**
**Lisbon Falls, ME 04252**

☐ None [*Check if applicable*]

**August 31, 2026**
Date

**/s/ David C. Johnson**
**David C. Johnson 9447**
Signature of Attorney or Litigant
Counsel for **Blue Ox Realty LLC**

**Marcus Clegg**
**16 Middle Street Unit 501A**
**Portland, ME 04101**
**(207) 828-8000 Fax:**
**bankruptcy@marcusclegg.com**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com 

**Blue Ox Realty, LLC**

**WRITTEN RESOLUTIONS ACTING WITHOUT A MEETING**

**August __, 2026**

The undersigned, being the manager and sole Class A member (the "**Member**") of Blue Ox Realty, LLC (the "**Company**"), in accordance with the Amended and Restated Limited Liability Company Agreement (as amended or supplemented from time, the "**Operating Agreement**"), and without a meeting in accordance with the Operating Agreement, hereby adopts and consents to the following actions and resolutions of the Company:

**WHEREAS:** The Member has reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Member has determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue debtor in possession financing, potential sales of some or all of the Company's assets, and/or a reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve; and further

**RESOLVED:** That Joel Alex, acting individually and as manager of the Member, is authorized on behalf of, and in the name of, the Company, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11, and to take and perform any and all further acts and deeds which he deems necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell assets, and to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain general bankruptcy counsel to the Company, in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay such counsel at its standard hourly rates in connection with its representation of the Company, and to provide counsel with a retainer in an amount to be agreed upon by counsel and the Company, and to reimburse counsel for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in the chapter 11 case as may be determined by Joel Alex as Manager and authorized party.

Date: 8/29/2026

By: Signed by: Joel Alex 2825D989000A402...
Name: Joel Alex
Title: Manager of Blue Ox Malthouse, LLC, in its capacity as manager and Class A member of Blue Ox Realty LLC

**SEEN AND AGREED TO BY:**

Date: 8/28/2026

By: Signed by: AF343E1CE319462...
Name: Steve Culver
Title: Class B Member

Date: 8/31/2026

By: Signed by: BD90F913CF4D4E2...
Name: Seth Lawry
Title: Class B Member

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Maine

In re **Blue Ox Realty LLC** Debtor(s)

Case No. ______
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly*** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Negotiations with secured creditors to reduce to market value; preparation and filing of plan of reorganization, etc.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **N/A**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 31, 2026**
*Date*

**/s/ David C. Johnson**
**David C. Johnson 9447**
*Signature of Attorney*
**Marcus Clegg**
**16 Middle Street Unit 501A**
**Portland, ME 04101**
**(207) 828-8000 Fax:**
**bankruptcy@marcusclegg.com**
*Name of law firm*

* Retainer for post-petition services: $5,627.50